# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| **WILLIAM G. PUTNICKI**<br>CLERK OF COURT | **WESTERN DISTRICT OF TEXAS**<br>JOHN H. WOOD, JR., U.S. COURTHOUSE<br>655 EAST CESAR E. CHAVEZ BLVD., RM. G-65<br>SAN ANTONIO, TEXAS  78206 | (210)472-6550 |

May 1, 2014

L. James Krell

Tritico Rainey, PLLC
446 Heights Blvd.
Houston, TX 77007

Re:   Civil Case No. SA-12-CV-588-FB
      D&M Specialties, Inc.  v. Apache Creek Properties, L.C.

Dear Counsel:

Our records indicate that you are not admitted to practice in this Court. Western District of Texas  Local Court Rule AT-1(f)(1)  states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a motion requesting the Court's permission to appear in the above captioned case. If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions  please contact our office.

                                              Sincerely,
                                              WILLIAM G. PUTNICKI, Clerk
                                              United States District Court

                                       By: _____
                                              Robert F. Flaig, Deputy Clerk

cc: all counsel