IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| D & M SPECIALTIES, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| APACHE CREEK PROPERTIES, | § | SA12-CV-0588 |
| L.C. and APACHE CREEK | § | |
| PROPERTIES, L.C. *d/b/a* | § | |
| DIMENSION MILLWORKS, | § | |
|     Defendants. | § | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

    Ron S. Rainey, attorney of record for Plaintiff, files this Notice of Change of Firm Address as follows:

Ron S. Rainey
TRITICO RAINEY, PLLC
1212 Durham Drive
Houston, Texas 77007
Telephone: (713) 581-3399
Facsimile: (713) 581-3360

    **This change is effective immediately.**

    The undersigned requests that the Clerk of this Court enter the appropriate notation of the change of firm name and address as shown above in the records. All counsel or parties of record are also being notified of these changes.

    Respectfully submitted,

    TRITICO RAINEY, PLLC

    /s/ Ron S. Rainey
    Ron S. Rainey
    **Federal Bar No. 10076**
    L. James Krell
    **Federal Bar No. 1091708**
    1212 Durham Drive
    Houston, Texas 77007

                                        (713) 581-3399 Telephone
                                        (713) 581-3360 Facsimile
                                        *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been provided to all counsel of record via fax, email and/or certified mail, return receipt requested pursuant to the Texas Rules of Civil Procedure on this the 27th day of October, 2014, as follows:

Adam Pugh
SLATER PUGH, ltd. LLP
8400 North Mopac Expressway
Suite 100
Austin, Texas 78759
512.472.2431 (Telephone)
512.472.0432 (Facsimile)
*ATTORNEY FOR DEFENDANTS*

                                          /s/ Ron S. Rainey
                                          Ron S. Rainey