IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| D & M SPECIALTIES, INC. § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. | |
| § | | |
| APACHE CREEK PROPERTIES, § | SA12-CV-0588 | |
| L.C. and APACHE CREEK § | | |
| PROPERTIES, L.C. *d/b/a* § | | |
| DIMENSION MILLWORKS, § | | |
| Defendants. | | |

## JOINT STATUS UPDATE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, D & M SPECIALTIES, INC., Plaintiff herein, and APACHE CREEK PROPERTIES, L.C. and APACHE CREEK PROPERTIES, L.C. *d/b/a* DIMENSION MILLWORKS, Defendants herein, and files this joint status update.

1. This case is currently not set for a trial date.

2. The discovery period has been completed and this Honorable Court has ruled on all dispositive motions.

3. The Court ordered the parties to submit a Joint Status Report, and the parties file the same herein.

4. The parties report to the Court that they have not been able to resolve their differences and are ready to proceed to trial.

1

5. The parties estimate that the length of the trial will be four (4) days.

WHEREFORE, PREMISES CONSIDERED, D & M SPECIALTIES, INC., Plaintiff herein, and APACHE CREEK PROPERTIES, L.C. and APACHE CREEK PROPERTIES, L.C. *d/b/a* DIMENSION MILLWORKS, Defendants herein, pray that this Honorable Court set for trial in the latter part of 2015 as the parties have conferred for scheduling.

Respectfully Submitted,

**TRITICO RAINEY, PLLC.**

/s/ Ron S. Rainey
Ron S. Rainey
**Federal Bar No. 10076**
L. James Krell
**Federal Bar No. 1091708**
1212 Durham Drive
Houston, Texas 77007
(713) 581-3399
(713) 581-3360 (Facsimile)
*ATTORNEYS FOR PLAINTIFF*

/s/ Adam Pugh
Adam Pugh
**State Bar No. 24044341**
SLATER PUGH, Ltd. llp
8400 N. Mopac Expressway, Suite 100
Austin, Texas 78759
512.472.2431 (Telephone)
512.472.0432 (Facsimile)
*ATTORNEY FOR DEFENDANTS*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the Court's electronic notification system on the 11th day of December 2014, on the following:

Adam Pugh
Slater Pugh
8400 N. Mopac Expressway, Suite 100
Austin, Texas 78759
512.472.2431 (Telephone)
512.472.0432 (Facsimile)
*ATTORNEY FOR DEFENDANTS*

/s/ Ron S. Rainey
Ron S. Rainey