# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| D&M SPECIALTIES, INC., | ) |
| Plaintiff, | ) |
| V. | ) CIVIL ACTION NO. SA-12-CA-588-FB |
| APACHE CREEK PROPERTIES, L.C., | ) |
| d/b/a Dimension Mill Works, | ) |
| Defendant. | ) |

## ORDER OF ADMINISTRATIVE CLOSURE

Before the Court is the status of this case. The above-styled and numbered cause has been set for jury selection beginning on September 21, 2015. Because the trial of this cause appears to be the only remaining matter pending for disposition, the Court is of the opinion that this case should be administratively closed until September 3, 2015, the date the parties have been Ordered to begin filing their final trial documents.

IT IS THEREFORE ORDERED that this case is ADMINISTRATIVELY CLOSED until **September 3, 2015**, at which time this matter shall be placed back on the Court's active litigation docket. This Order of Administrative Closure shall not preclude the filing of a stipulation of dismissal in the event the parties are able to resolve their differences short of trial or the filing of a consent to proceed to trial before the Magistrate Judge on a date certain.

It is so ORDERED.

SIGNED this 12th day of January, 2015.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE